■ In the Matter of CAROLE TRIPI, Respondent, v KELLY STEIN-WITT, Appellant. [725 NYS2d 913] — Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Dillon, J. (Appeal from Order of Erie County Family Court, Dillon, J.—Custody.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of VICTOR C., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGELIQUE C., Appellant. (Appeal No. 1.) [725 NYS2d 913] —Order unanimously affirmed without costs. Memorandum: Family Court's determination that respondent failed to comply with certain conditions in the suspended judgment is supported by a preponderance of the evidence (*see, Matter of Christopher C.*, 284 AD2d 944 [decided herewith]; *Matter of Daryl H.*, 272 AD2d 935). Contrary to respondent's contention, the court did not err in refusing to credit the testimony and evaluation of an addiction counselor employed by Horizon Human Services (Horizon). The counselor's conclusion that respondent was not in need of further addiction treatment was inconsistent with the extensive substance abuse history of respondent, including her history of relapses, and the fact that she was recently terminated from Horizon's substance abuse counseling program based on her lack of attendance. (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of VITEAL C., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGELIQUE C., Appellant. (Appeal No. 2.) [725 NYS2d 914] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Victor C.* (284 AD2d 945 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.